1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOHIT GOURISARIA (CABN 320754)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7063
7       FAX: (415) 436-7234
        mohit.gourisaria@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )  CASE NO. CR 21-239 JD
                                         )
14        Plaintiff,                     )  STIPULATION TO CONTINUE CHANGE OF
                                         )  PLEA AND TO EXCLUDE TIME AND
15     v.                                )  [PROPOSED] ORDER
                                         )
16  DERYL MORSE,                         )
                                         )
17        Defendant.                     )
    _____  )
18

19        The above-captioned matter is set for a change of plea on August 30, 2021. Because defense

20  needs additional time to review discovery and to prepare, the parties jointly request that the change of

21  plea be rescheduled for September 20, 2021.

22        Further, the parties stipulate that time should be excluded from August 30, 2021 through

23  September 20, 2021 so that defense counsel may continue to prepare, including by reviewing the

24  discovery already produced. The parties stipulate and agree that excluding this time will allow for the

25  effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and

26  agree that the ends of justice served by excluding the time from August 30, 2021 through September 20,

27  2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the

28  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

STIPULATION AND [PROPOSED] ORDER
Case No. 21-239 JD

1    The undersigned Assistant United States Attorney certifies that he has obtained approval from

2 counsel for the defendant to file this stipulation and proposed order.

3

4    IT IS SO STIPULATED.

5 DATED: August 9, 2021                         _/s/Mohit Gourisaria_____
                                                MOHIT GOURISARIA
6                                               Assistant United States Attorney

7
                                                _/s/ Candis Mitchell_____
8                                               CANDIS MITCHELL
                                                Assistant Federal Public Defender
9

10

11                              [PROPOSED] ORDER

12    The change of plea is continued until September 20, 2021.

13    Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

14 Court finds that failing to exclude the time from August 30, 2021 through September 20, 2021 would

15 unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

16 preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

17 Court further finds that the ends of justice served by excluding the time from computation under the

18 Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore,

19 and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 30, 2021

20 through September 20, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.

21 § 3161(h)(7)(A), (B)(iv).

22    IT IS SO ORDERED.

23

24 DATED: __August 16, 2021___          _____
                                        HON. JAMES DONATO
25                                      United States District Judge

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. 21-239 JD