STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANKUR SHINGAL (CABN 303434)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7108
    FAX: (415) 436-7234
    Ankur.Shingal@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-239 JD |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME FROM NOVEMBER 15, 2021 TO DECEMBER 20, 2021 AND [PROPOSED] ORDER |
| v. | |
| DERYL MORSE, | |
| Defendant. | |

The above-captions case is set for a change of plea on November 15, 2021.  Because the defense needs additional time to review discovery for possible resolution purposes, the parties jointly request that the change of plea be rescheduled to December 20, 2021.

Further, the parties stipulate that time should be excluded under the Speedy Trial Act from November 15, 2021 to December 20, 2021 so that defense counsel may continue to prepare, including my reviewing already-produced discovery.  For this reason, the parties stipulate and agree that excluding time until December 20, 2021 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time through December 20, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:   11/9/21

/s/
ANKUR SHINGAL
Assistant United States Attorney

DATED:   11/9/21

/s/
CANDIS MITCHELL
Counsel for Defendant MORSE

### [PROPOSED] ORDER

The change of plea is continued to December 20, 2021.

Based upon the facts set forth in the stipulation and for good cause shown, the Court finds that failing to exclude the time from November 15, 2021 through December 20, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time through December 20, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time through December 20, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  November 10, 2021

HON. JAMES DONATO
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR   21-239 JD

v. 7/10/2018