GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Candis_Mitchell@fd.org

Counsel for Defendant Morse

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Case No.: CR 21–239 JD |
|---|---|
| Plaintiff, | [Proposed] **Stipulated Order Continuing Hearing** |
| v. | |
| **Deryl Morse,** | |
| Defendant. | |

    The above-entitled matter is currently scheduled for a change of plea on December 20, 2021. Counsel for the defendant represents in this stipulated order that counsel requests a continuance as the parties are continuing negotiations regarding resolving the case. The defense accordingly requests that the matter be continued until January 31, 2022, at 10:30 a.m.

    Because of the amount of discovery in this case, the parties are requesting an exclusion of time under the Speedy Trial Act until the new date.

    The government has no objection to this proposed continuance and exclusion of time.

            IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | <u>December 16, 2021</u><br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
| | | /S<br>―――――――――――――<br>ANKUR SHINGAL<br>Assistant United States Attorney |
| | <u>December 16, 2021</u><br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | | /S<br>―――――――――――――<br>CANDIS MITCHELL<br>Assistant Federal Public Defender |

STIP. ORD. CONTINUING HEARING
*MORSE*, CR 21–239 JD

2

# [~~PROPOSED~~] ORDER

Therefore, for good cause shown the hearing currently scheduled on Friday, December 20, 2021, at 10:30 a.m. shall be vacated. The change of plea hearing shall be continued until January 31, 2022, at 10:30 a.m.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

December 17, 2021
Dated

HON. JAMES DONATO
United States District Judge