JODI LINKER
Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:      Candis_Mitchell@fd.org

Counsel for Defendant Morse

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 21–239 JD |
| Plaintiff, | [Proposed] **Stipulated Order Setting Future Dates and Deadline** |
| v. | |
| **Deryl Morse,** | |
| Defendant. | |

    Counsel for the defendant and the government have met and conferred and propose the setting of the dates set out as follows.

| | |
|---|---|
| 2022-07-11 | Defense Suppression Motion Due |
| 2022-07-25 | Government Opposition Due |
| 2022-08-01 | Defense Response to Government Opposition |
| ~~2022-08-08~~ | ~~Suppression Hearing~~ |
| 2022-08-04 | Deadline to Meet and Confer regarding Pretrial Statements<br>Deadline to Produce Jenks and Giglio/Henthorn Material<br>Jury Questionnaire Due<br>Deadline for Government Discovery Production |
| 2022-08-11 | Joint Pretrial Statement and Trial Brief<br>Stipulations of Fact Due<br>Joint Exhibit List<br>Witness List<br>Motions *in Limine* Due |
| 2022-08-25 | ~~Submission of Trial Exhibits to Court~~<br>Oppositions to Motions *in Limine* Due<br>Deadline for Exchange Physical Exhibits or Demonstratives<br>Additional Jury Voir Dire Questions (if any)<br>Proposed Jury Instructions<br>Proposed Verdict Form |

IT IS SO STIPULATED.

| | |
|---|---|
| <u>July 13, 2022</u><br>Dated | STEPHANIE M. HINDS<br>United States Attorney<br>Northern District of California |
| | _____/S_____<br>DANIEL KASSABIAN<br>Assistant United States Attorney |
| <u>July 13, 2022</u><br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | _____/S_____<br>CANDIS MITCHELL<br>Assistant Federal Public Defender |

*MORSE*, CR 21–239 JD

3

# [PROPOSED] ORDER

The Court sets the following deadlines and hearing dates:

| Date | Event |
|---|---|
| 2022-07-11 | Defense Suppression Motion Due |
| 2022-07-25 | Government Opposition Due |
| 2022-08-01 | Defense Response to Government Opposition |
| ~~2022-08-08~~ | ~~Suppression Hearing, 10:30 am~~ |
| 2022-08-04 | Deadline to Meet and Confer regarding Pretrial Statements<br>Deadline to Produce Jenks and Giglio/Henthorn Material<br>Jury Questionnaire Due<br>Deadline for Government Discovery Production |
| 2022-08-11 | Joint Pretrial Statement and Trial Brief<br>Stipulations of Fact Due<br>Joint Exhibit List<br>Witness List<br>Motions *in Limine* Due |
| 2022-08-25 | ~~Submission of Trial Exhibits to Court~~<br>Oppositions to Motions *in Limine* Due<br>Deadline for Exchange Physical Exhibits or Demonstratives<br>Additional Jury Voir Dire Questions (if any)<br>Proposed Jury Instructions<br>Proposed Verdict Form |

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act from March 7, 2022, until the October 11, 2022, trial date. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

July 25, 2022
Dated

HON. JAMES DONATO
United States District Judge