1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   CANDIS MITCHELL
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:  (415) 436-7700
   Facsimile:   (415) 436-7706
6  Email:         Candis_Mitchell@fd.org
7
8  Counsel for Defendant Morse
9
10
11
12              IN THE UNITED STATES DISTRICT COURT
13             FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                     SAN FRANCISCO DIVISION

15  **United States of America,**         **Case No.:** CR 21–239 JD

16              Plaintiff,                 [~~Proposed~~] **Stipulated Order Setting Future Dates and Deadline**
17        v.
18  **Deryl Morse,**
19              Defendant.
20
21        Counsel for the defendant and the government have met and conferred and propose
22  the setting of the dates set out as follows for to continuity of defense counsel due to medical
23  unavailability of counsel.

| 2023-04-17 | Status Hearing |
| 2023-05-15 | Trial |

27        The parties are requesting an exclusion of time under the Speedy Trial Act for effective
28  preparation of counsel until the proposed trial date.

STIP. ORD. CONTINUING HEARING
*MORSE*, CR 21–239 JD

IT IS SO STIPULATED.

| | |
|---|---|
| <u>December 29, 2022</u><br>Dated | STEPHANIE M. HINDS<br>United States Attorney<br>Northern District of California |
| | <u>           /S           </u><br>DANIEL KASSABIAN<br>Assistant United States Attorney |
| <u>December 29, 2022</u><br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | <u>           /S           </u><br>CANDIS MITCHELL<br>Assistant Federal Public Defender |

STIP. ORD. SETTING HEARING AND DEADLINES
*MORSE*, CR 21–239 JD

2

**[PROPOSED] ORDER**

The Court sets the following deadlines and hearing dates:

| | |
|---|---|
| 2023-04-17 | Status Hearing |
| 2023-05-15 | Trial |

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the May 15, 2023, trial date. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

January 3, 2023
Dated

HON. JAMES DONATO
United States District Judge